DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YENDE FRANCIS,**
Appellant,

v.

**ROYAL VETERINARY SERVICES,**
Appellee.

No. 4D22-92

[January 26, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kal Evans, Judge; L.T. Case No. COWE21-011115.

Yende Francis, Southwest Ranches, pro se.

Natalie P. Mescolotto of NM Legal, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***